FILED

05 SEP 20 PM 2:45

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

JOSEPH MOLNAR, et al., pla.

vs.

G & S METAL PRODUCTS CO., INC., et al., dft.

CIVIL CASE NO. 1:04 CV 2350

JUDGE P. A. GAUGHAN

## STIPULATION for: dismissal, leave to plead, etc.

We, the attorneys for the respective parties, do hereby stipulate that the case is settled and dismissed with prejudice, each party to bear own costs;

and that the Court may enter an order accordingly, notice by the clerk being hereby waived.

_____
Attorney for Plaintiff

IT IS SO ORDERED

_____
Attorney for Defendant

_____
UNITED STATES DISTRICT JUDGE